**Dismissed; Opinion Filed January 14, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00196-CV

**ERNEST LANELL BRONSON, Appellant**
**V.**
**HSBC BANK USA, Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-05824-C**

## MEMORANDUM OPINION

Before Justices Osborne, Partida-Kipness, and Pedersen, III
Opinion by Justice Partida-Kipness

Appellant's brief in this case is overdue. By postcard dated October 25, 2019, we notified appellant the time for filing his brief had expired. We directed appellant to file his brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed a brief, filed an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).

/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
JUSTICE

190196F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ERNEST LANELL BRONSON, Appellant

No. 05-19-00196-CV      V.

HSBC BANK USA, Appellee

On Appeal from the County Court at Law No. 3, Dallas County, Texas
Trial Court Cause No. CC-18-05824-C.
Opinion delivered by Justice Partida-Kipness. Justices Osborne and Pedersen, III participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee HSBC BANK USA recover its costs of this appeal from appellant ERNEST LANELL BRONSON.

Judgment entered this 14th day of January, 2020.